■ DOREEN D. GALLO, Respondent, v SCG SELECT CARRIER GROUP, L.P., et al., Appellants, et al., Defendants. [936 NYS2d 900]—

The appellants timely moved, inter alia, to strike the note of issue within 20 days of its service (*see* 22 NYCRR 202.21 [e]), and clearly demonstrated that the plaintiff's certificate of readiness contained misstatements concerning the status of discovery. Since the appellants made a clear showing that discovery was not complete and that the case was not ready for trial, the Supreme Court should have granted their motion to strike the note of issue and to compel the plaintiff to appear for a neurological examination (*see* 22 NYCRR 202.21 [e]; *Brown v Astoria Fed. Sav.*, 51 AD3d 961, 962 [2008]; *Gregory v Ford Motor Credit Co.*, 298 AD2d 496, 497 [2002]; *Drapaniotis v 36-08*

*33rd St. Corp.*, 288 AD2d 254 [2001]; *Spilky v TRW, Inc.*, 225 AD2d 539, 540 [1996]). Angiolillo, J.P., Florio, Leventhal and Lott, JJ., concur.